JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHAYNE MICAYLE WALLACE,<br><br>Plaintiff,<br><br>v.<br><br>NYESHIA WELCH,<br><br>Defendant. | No. 2:19-cv-09446-JFW-(JCx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Honorable John F. Walter<br>United States District Court Judge |

Having considered the parties' Stipulation For Dismissal, and for good cause shown, the parties' stipulation is GRANTED. The Court orders that:

1. This case is dismissed, with prejudice.
2. The parties shall bear their own attorney's fees and costs.

Dated: November 12, 2019

_____
Honorable John F. Walter
United States District Court Judge

1